IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARLOS HERNANDEZ and BRISA ROJAS-SALAZAR, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPER MERCADO JALISCO, INC., SUPER MERCADO JALISCO II, INC., SUPER MERCADO JALISCO #3, INC., SUPER MERCADO JALISCO #4 INC., SUPER MERCADO JALISCO #6, INC., SUPER MERCADO JALISCO #7, INC., JOSE LUIS COVARRUBIAS, SEBASTIAN COVARRUBIAS, ROCIO COVARRUBIAS, and, MARIA PELAYO, Jointly and Severally,<br><br>Defendants. | Case No.<br>1:17-cv-03162-SCJ |

## NOTICE OF DISMISSAL

Plaintiffs file this Notice of Dismissal without prejudice under Fed. R. Civ. P. 41, with each party to bear their own fees and costs in this case.

Dated: October 6, 2017

1

Respectfully submitted,

**s/ Brandon A. Thomas**
**BRANDON A. THOMAS**
**GA BAR NO.: 742344**
The Law Offices of Brandon A. Thomas, PC
1800 Peachtree Street, N.W., Suite 300
Atlanta, GA 30309
Tel: (404) 343-2441
Fax: (404) 352-5636
brandon@brandonthomaslaw.com

## CERTIFICATE OF SERVICE

Plaintiffs certify that on October 6, 2017, the foregoing Notice of Dismissal was filed via CM/ECF, and served upon the Defendants via U.S. Mail.

Respectfully submitted,

**s/ Brandon A. Thomas**
**BRANDON A. THOMAS**
**GA BAR NO.: 742344**
The Law Offices of Brandon A. Thomas, PC
1800 Peachtree Street, N.W., Suite 300
Atlanta, GA 30309
Tel: (404) 343-2441
Fax: (404) 352-5636
brandon@brandonthomaslaw.com

2